**UNITED STATES OF AMERICA,**

> **Plaintiff,**

> v.

> Case No.: **6:25-cv-01737-AGM-DCI**

**FERNANDO ADRIAN MOIO
BARTOLINI,**

> **Defendant.**

---

## CONSENT JUDGMENT REVOKING NATURALIZATION

The Court having considered the Complaint filed by the United States of America against Defendant Fernando Adrian Moio Bartolini, and having subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1345 for a cause of action under 8 U.S.C. § 1451(a); Defendant having been advised by counsel, the parties having filed a Joint Motion for Consent Judgment ("Joint Motion") (Doc. # 33), and Defendant having admitted that he illegally procured his naturalization as described in Count I of the Complaint, (Doc. # 1), and in the Joint Motion; it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Joint Motion is **GRANTED**;

2. In accordance with the Joint Motion, the Clerk is **DIRECTED** to enter judgment in favor of the United States and against Defendant on Count I, and the remaining counts are **DISMISSED** as moot;

3. The Court **FINDS** and **DECLARES** that Defendant illegally procured his naturalization on September 25, 2009;

1

4. The order admitting Defendant to U.S. citizenship is **REVOKED** and **SET ASIDE**, effective as of the original date of the order, September 25, 2009;

5. Certificate of Naturalization No. 3489275, is **CANCELED**, effective as of the original date of the certificate, September 25, 2009;

6. Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document that evidences U.S. citizenship obtained as a result of his September 25, 2009 naturalization;

7. Defendant shall, within 21 days of this Order, surrender and deliver his Certificate of Naturalization No. 3489275, any and all (valid or expired) U.S. passports, passport cards, and enhanced driver's licenses, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to the United States Attorney General via counsel for the United States, Troy D. Liggett;

8. The Parties, including Defendant personally, shall appear in person for a compliance hearing in the undersigned's courtroom in the Orlando Division of the Middle District of Florida at 9:30 a.m. on June 1, 2026, at which Defendant must demonstrate that he has complied with this Judgment, unless Plaintiff provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on this May 4, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel of Record